# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| Francis Nelson, | ) | **COURT MINUTES** |
| --- | --- | --- |
| | ) | BEFORE: John R. Tunheim |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 10-0137 (JRT/SRN) |
| | ) | Date: April 20, 2010 |
| Navistar International Corporation, | ) | Deputy: Holly McLelland |
| | ) | Court Reporter: Lorilee Fink |
| Defendant. | ) | Time Commenced: 10:38 am |
| | ) | Time Concluded: 11:00 am |
| | ) | Time in Court: 22 Minutes |

Hearing on:
Plaintiff's Motion to Remand to State Court [Docket No. 6]
Defendant's Motion to Transfer Venue [Docket No. 15]

APPEARANCES:

    Plaintiff:    Randall Knutson
    Defendant:    David Lutz

PROCEEDINGS:
    ☒ Plaintiff's Motion to Remand to State Court [Docket No. 6] - Motion **DENIED** because it was withdrawn at oral argument.
    ☒ Defendant's Motion to Transfer Venue [Docket No. 15] - Motion taken Under Advisement

\*\*IT IS ORDERED:

    ☒ Written order forthcoming.

    s/Holly McLelland
    Calendar Clerk